JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUOSHUAI QI,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY ET AL.,<br><br>Defendants. | No. 2:23-cv-01669-JLS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION (Doc. 11)** |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until February 14, 2024.  No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

Dated: May 10, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE